UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PHET,

    Petitioner,

v.

HAROLD CLARKE,

    Respondent.

Case No. C07-5493RBL/JKA

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

    This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 16). Counsel indicates she is waiting for files from the state court that are needed answer the petition. Counsel shows the files were requested in a timely manner and has shown good cause for a continuance. Counsels motion is **GRANTED.** Counsel will have until **March 7, 2008,** to file an answer.

    The clerk is directed to send copies of this order to petitioner and counsel for respondent.

    DATED this 13 day of February, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 1