UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PHET,

    Petitioner,

v.

HAROLD CLARKE,

    Respondent.

Case No. C07-5493RBL/JKA

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's second motion for an extension of time to file an answer (Dkt. # 17). Counsel indicates she is waiting for files from the state court that are needed answer the petition. Counsel shows the files were requested in a timely manner and has shown good cause for a continuance. Counsels motion is **GRANTED.** Counsel will have until **May 13 2008,** to file an answer.

The clerk is directed to send copies of this order to petitioner and counsel for respondent.

DATED this 14 day of March, 2008.

                                           */S/ J. Kelley Arnold*
                                           J. Kelley Arnold
                                           United States Magistrate Judge

ORDER- 1