UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PHET,

    Petitioner,

v.

HAROLD CLARKE,

    Respondent.

Case No. C07-5493RBL/JKA

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

    This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's third motion for an extension of time to file an answer (Dkt. # 21). Counsel indicates she is recovering from surgery. Counsel shows good cause for a continuance.

    The court is concerned with the delay caused by continuances. The motion is **GRANTED.** Respondent will have until **July 18, 2008,** to file an answer. If counsel will not be able to meet this deadline the court would suggest the case be reassigned.

    The clerk is directed to send copies of this order to petitioner and counsel for respondent.

    DATED this 11 day of June, 2008.

                                                       */S/ J. Kelley Arnold*
                                                       J. Kelley Arnold
                                                       United States Magistrate Judge

ORDER- 1