UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN PHET,

    Petitioner,

v.

HAROLD CLARKE,

    Respondent.

Case No. C07-5493RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #32], and the remaining record, does hereby find and Order:

(1) On September 29, 2008 this Court entered an Order [Dkt. #31] granting Petitioner's Motion for Extension of Time to file objections to the Report and Recommendation. The Court extended the time to object to November 28, 2008 and re-noted consideration of the Report and Recommendation for December 5, 2008. The Court granted the requested additional time because Petitioner had been recently transferred from one institution to another and did not yet have his legal papers. Petitioner has, however, filed detailed objections to the Report and Recommendation in accordance with the original noting date of October 10, 2008. He therefore has had the opportunity to object to the Report and Recommendation and the report is ripe for this Court's review.

(2) The Court adopts the Report and Recommendation;

(3) The petition is **DENIED WITH PREJUDICE.**

ORDER - 1

(4) The clerk is directed to send copies of this Order to Petitioner, Counsel for Respondent, and to the Hon. J. Kelley Arnold.

DATED this 14th day of October, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2