# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN PHET

       v.

HAROLD CLARKE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5493RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DENIED WITH PREJUDICE**.

| | |
|---|---|
|   October 15, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |